1  Cynthia L. Fulton, Esq.  SBN 012480
   Fulton Friedman & Gullace LLP
2  130 N. Central Ave., Ste. 200
   Phoenix, Az.  85004
3  (866) 563-0809
   Attorney for Defendant
4
                    UNITED STATES DISTRICT COURT
5
                  IN AND FOR THE DISTRICT OF ARIZONA
6

7
   Crystal Holmes                         Case No.:  CV 09-00225-MEA
8                       Plaintiff

9  Vs.                                    **CORPORATE DISCLOSURE**
                                          **STATEMENT**
10 McMillan, Andrews & Associates
                        Defendants
11

12      This Corporate Disclosure Statement is filed on behalf of defendant McMillan, Andrews

13 & Associates in compliance with the provisions of: *(check one)*

14      _X_ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an

15 action in a district court must file a statement that identifies any parent corporation and any

16 publicly held corporation that owns 10% or more of its stock or states that there is no such

17 corporation.

18      ___ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate

19 party to a proceeding in a district court must file a statement that identifies any parent

20 corporation and any publicly held corporation that owns 10% or more of its stock or states that

21 there is no such corporation.

22      ___ Rule 12.3(a)(2), Federal Rule of Criminal Procedure, if an organization victim of

23 alleged criminal activity is a corporation the government must file a statement identifying the

24 victim and the statement must also disclose the information required by Rule 12.4(a)(1).

25 **The filing party hereby declares as follows:**

1

1       _X_ No such corporation.

2       ___ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below:

      ___ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

      ___ Other *(please explain).*

      Respectfully submitted this 1st day of June, 2009.

                          Fulton Friedman & Gullace, LLP

                          s/Cynthia L. Fulton
                          Cynthia L. Fulton
                          130 N. Central Ave., Ste. 200
                          Phoenix, Az. 85004
                          Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify that on the 1st day of June, 2009 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David J. McGlothlin      david@southwestlitigation.com

                                  s/Cynthia L. Fulton

                                  Cynthia Fulton