1 Cynthia L. Fulton, Esq.  SBN 012480
Fulton Friedman & Gullace LLP
2 130 N. Central Ave., Ste. 200
Phoenix, Az.  85004
3 (866) 563-0809
Attorney for Defendant

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| Crystal Holmes | Case No.:  CV 09-00225-MEA |
|---|---|
| Plaintiff | |
| Vs. | **NOTICE OF SERVICE** |
| McMillan, Andrews & Associates | |
| Defendants | |

    Defendant, McMillan and Andrews hereby provides notice of the service of its Responses to Plaintiff's Requests for Production and Responses to Plaintiff's Interrogatories this date to counsel for Plaintiff via e-mail.

    Respectfully submitted this 18th day of December, 2009.

                              Fulton  Friedman & Gullace, LLP

                              <u>/s/ Cynthia Fulton</u>
                              Cynthia L. Fulton
                              130 N. Central Ave., Ste. 200
                              Phoenix, Az.  85004
                              Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify that on the 18th day of December, 2009 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David J. McGlothlin          david@southwestlitigation.com

/s/ Cynthia Fulton<br>Cynthia Fulton